IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>  Plaintiff,<br><br>v.<br><br>A1II0AS18AETWJ, et al.,<br><br>  Defendants. | Case No. 25-cv-12423<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Linktee | 33 |

Dated this 12th day of November 2025.  Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*