**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FCA US LLC, <br><br> Plaintiff, <br><br> v. <br><br> A1II0AS18AETWJ, et al., <br><br> Defendants. | Case No. 25-cv-12423 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| DS-grill | 63 |
| light-online | 82 |
| HOUGEET | 90 |

Dated this 18th day of November 2025.    Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*